UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
<u>WESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JEFFREY LYNN SNYDER** | ) |

### INFORMATION

The United States Attorney Charges:

### Count One
### Theft Concerning a Program Receiving Federal Funds
### 18 U.S.C. § 666(a)(1)(A)

Beginning in or about June 2010, and continuing until in or about June 2012, in Tuscaloosa County in the Northern District of Alabama and elsewhere, the defendant,

**JEFFREY LYNN SNYDER,**

being an agent of the West Alabama Narcotics Task Force, which received federal benefits in excess of $10,000 in a one-year period, did embezzle, steal, obtain by fraud, intentionally misapply, and otherwise without authority knowingly convert to the use of any person other than the rightful owner, property valued at $5,000 or more that was owned by and under the care, custody, and control of the West Alabama Narcotics Task Force.

In violation of 18 U.S.C. § 666(a)(1)(A).

JOYCE WHITE VANCE

United States Attorney

*/s/Electronic Signature*
HENRY CORNELIUS
Assistant United States Attorney